CHARLES L. REES
California State Bar No. 200682
**LAW OFFICES OF CHARLES L. REES**
424 F Street, Suite 205
San Diego, California 92101
Telephone: (619) 239-9300
Facsimile: (619) 702-5415
charlesreeslaw@gmail.com

MARC X. CARLOS
California State Bar No. 132987
**MARC CARLOS LAW, A.P.C.**
424 f Street, suite 205
San Diego, California 92101
Telephone: (619) 702-3226
Facsimile: (619) 702-5415
marc@marccarloslaw.com

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAESA VAUGHN, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>JOSHIMAR RENTERIA, and DOES 1-50, inclusive<br><br>        Defendants. | **Case No.: 2:24-cv-07404-RAO**<br>Complaint Filed: August 30, 2024<br><br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY PROCEEDINGS UNTIL APPLICATION OF GOOD FAITH SETTLEMENT FINALIZED** |

TO THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, ALL COUNSEL AND ALL PARTIES:

A Settlement Conference was held before the Honorable Judge Douglas F. McCormick on October 16, 2025, at which time the parties reached an agreement to settle the case and all causes of action filed by Plaintiff Jaesa Vaughn against

Defendant Joshimar Renteria.  The terms of the agreement, and the parties' consent to those terms, were stated on the record on that same date.

The parties are now in the process of drafting the formal settlement agreement, including making an application / motion that settlement was made in good faith. To afford the parties the time necessary to make a good faith application and draft the terms of the settlement agreement, the parties request that all deadlines be stayed and the proceedings continued to on or about the first week of January 2026 for a status hearing.  The parties anticipate that the application for good faith settlement will be complete by that time, the settlement formally entered, and the case dismissed against Defendant Renteria. For all these reasons, it is requested that the Court grant the parties' joint request.

Dated: October 22, 2025          /s/ Charles L. Rees
                                 LAW OFFICES OF CHARLES L. REES
                                 Charles L. Rees
                                 Attorney for Plaintiff

Dated: October 22, 2025          /s/ Marc X. Carlos
                                 MARC CARLOS LAW A.P.C.
                                 Marc X. Carlos
                                 Attorney for Plaintiff

Dated: October 22, 2025          /s/ Joseph M. Aliberti
                                 LAW OFFICES JOSEPH M. ALIBERTI
                                 Attorney for Defendant